UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  SEALED MATTER

Case No.   26-30159

_____/

## ORDER TO SEAL COMPLAINT

Upon the Government's request,

IT IS HEREBY ORDERED that this Motion and Order to Seal, the Complaint, Arrest Warrant and all accompanying documents shall be filed under seal.

**IT IS SO ORDERED.**

Hon. David R. Grand
United States Magistrate Judge

Entered:   February 5, 2026