UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                    Criminal No. 26-30059

v.

Rabih A. Hamdan,

      Defendant.

_____/

## ORDER UNSEALING THE COMPLAINT AND ARREST WARRANT

For the reasons stated in the government's motion, it is ordered that the

Complaint, Arrest Warrant, and all attendant papers be unsealed.

**IT IS SO ORDERED.**

                                      s/Curtis Ivy
                                      Curtis Ivy
                                      United States Magistrate Judge

Entered: February 6, 2026